IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CV-58-F

| | |
|---|---|
| ERIC FLORES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES ATTORNEY GENERAL) | |
| , et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on the Memorandum and Recommendation (M & R) [DE-2] of United States Magistrate Judge Robert B. Jones, Jr., filed on April 17, 2015. The Plaintiff, appearing *pro se*, has not filed any objections to the Magistrate Judge's M & R.[1]

After an independent and thorough review of the Magistrate Judge's M & R and a *de novo* review of the record, the court concludes that the M & R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M & R, and ORDERS that this action be DISMISSED as frivolous

SO ORDERED. This the 11th day of May, 2015.

James C. Fox
JAMES C. FOX
Senior United States District Judge

---

[1] The Clerk of Court previously mailed a notice of deficiency, blank financial disclosure statement and blank summons to the address Plaintiff provided the court. That mail was returned as undeliverable [DE-4]. Prior to that mail being returned as undeliverable, the Clerk sent a copy of the M&R to Plaintiff at the same address. The M&R has not been returned as undeliverable. It is Plaintiff's obligation to keep the court apprised of his current address. *See* Local Civil Rule 83.3.